UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

The Toro Company,

Plaintiff,

v.

Curtis Machine Company, Inc.,

Defendant.

Civil File No. CV 01-267 JMR/FLN

**ORDER**

---

Based upon the foregoing stipulation it is hereby ordered that the time for defendant to answer or otherwise plead in response to the complaint in the above proceeding is hereby extended through and including July 1, 2001.

Dated: June 1, 2001

BY THE COURT:

Franklin L. Noel

Franklin L. Noel
United States Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Toro Company,

Plaintiff,

v.

Curtis Machine Company, Inc.,

Defendant.

Civil File No. CV-01-0267 JMR/FLN

**STIPULATION**

It is hereby stipulated and agreed, by and between the above-named parties, through their respective undersigned counsel as follows:

1. The time for defendant to answer or otherwise plead in response to the complaint in the above proceeding may be extended through July 1, 2001.
2. The Court is hereby authorized to enter an order consistent with this Stipulation.

Dated: May 29, 2001

Alan I. Silver (License #101023)
Bassford, Lockhart, Truesdell & Briggs
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
Tel. (612) 376-1634

*Attorneys for Plaintiff*

Brian N. Johnson (License #132767)
Halleland Lewis Nilan Sipkins & Johnson, P.A.
Pillsbury Center South, Suite 600
220 South Sixth Street
Minneapolis, MN 55402
Tel. (612) 204-4131

Joel Goldman
Husch & Eppenberger, LLC
1200 Main Street, Suite 1700
Kansas City, MO 64105
Tel. (816) 421-4800

*Attorneys for Defendant*

JUN 1 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DN: 118870