240949

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

01-267 JMR/FLN

Case Number: ~~3-95-1092~~

PETITION FOR ADMISSION PRO HAC VICE

Affidavit of Movant

I, **Brian N. Johnson**, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this court admit pro hac vice **Joel Goldman**, an attorney admitted to practice in the Western District of **Missouri**, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff ( x ) defendant **Curtis Machine Company, Inc.** in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of these cases, and that I accept service of all papers served.

June 25, 2001
Minnesota Attorney License No: 132767

Brian N. Johnson
Law Firm: Halleland, Lewis, Nilan, Sipkins & Johnson, P.A.
Suite/Bldg: Suite 600
Street Address: 220 South Sixth Street
City State Zip: Minneapolis, Minnesota 55402
Telephone: (612) 338-1838

Affidavit of Proposed Admittee

I, **Joel Goldman**, am currently a member in good standing of the U.S. District Court for the Western District of **Missouri**, but not admitted to the bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Case Number: CV-010267 (JMR/FLN)
Judge Assigned: Judge James M. Rosenbaum
Case Title: The Toro Company v. Curtis Machine Company, Inc.

June 19, 2001
(Date)

Joel Goldman

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
(Social Security Number)

40453
(Attorney License No.)

1990
(Date of Admission)

Law Firm: Husch & Eppenberger
Suite/Bldg: 1700
Street Address: 1200 Main Street
City State Zip: Kansas City, Missouri 63105
Telephone: (816) 421-4800

Motion Granted:
For the Court
Francis E. Dosal, Clerk

JUN 26 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25.00 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JUN 26 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

::ODMA\PCDOCS\KANSAS_CITY\455413\1